**Order entered October 3, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-00505-CV

### UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER, Appellant

### V.

### ISAAC LIOU, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-03876-J**

## ORDER

Before the Court is appellee's September 27, 2016, (1) motion to remove court's internet search links referencing this case; (2) emergency motion to remove court's internet search links referencing this case; and (3) motion to restrict electronic access or alternatively, to seal or redact access referencing this case. We **DENY** appellee's September 27, 2016 motions.

/s/     CRAIG STODDART
        JUSTICE